UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CENTENE CORPORATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:24-CV-01415-HEA |
| | ) | |
| XAVIER BECERRA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

Please take notice that Defendants enter their appearance by and through the undersigned

attorney of record.

Dated: December 9, 2024

Respectfully submitted by,

SAYLER FLEMING
United States Attorney

*/s/ Regan Hildebrand*

REGAN HILDEBRAND
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
Phone: (314) 539-7703
Fax: (314) 539-2287
E-mail: Regan.Hildebrand@usdoj.gov
Bar No. 6326374 (IL)
Bar No. 57438 (MO)

*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I served the foregoing document to all attorneys of record via the Court's

CM/ECF electronic notification system on December 9, 2024.


*/s/ Regan Hildebrand*
REGAN HILDEBRAND
Assistant United States Attorney