# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CENTENE CORPORATION, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:24CV1415  HEA |
| BRIDGEWAY HEALTH SOLUTIONS OF ARIZONA, INC., | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the parties shall file, on or before January 15, 2025, a status report in this matter.

Dated this 11th day of December, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE