## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **CENTENE CORPORATION, et al.,** ) | |
| ) | |
| Plaintiff(s),  ) | |
| ) | |
| v.  ) | No. 4:24-CV-01415-HEA |
| ) | |
| **XAVIER BECERRA, et al.,** ) | |
| ) | |
| Defendant(s).  ) | |
| ) | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)

Plaintiffs Centene Corporation, Bridgeway Health Solutions of Arizona, Inc., Coordinated Care Corporation, Managed Health Services Insurance Corp., Meridian Health Plan of Michigan, Inc., New York Quality Healthcare Corporation, Wellcare Health Insurance Company of Washington, Inc., Wellcare Health Insurance of the Southwest, Inc., Wellcare Health Plans of Vermont, Inc., Wellcare of Illinois, Inc., and Wellcare of Missouri Health Insurance Company, Inc. (collectively, "Plaintiffs"), and Xavier Becerra, in his official capacity as Secretary of Health and Human Services, U.S. Department of Health and Human Services and Chiquita Brooks-LaSure, in her official capacity as Administrator, Centers for Medicare and Medicaid Services (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.

Dated: February 11, 2025                Respectfully submitted,


                                        By: /s/ Catherine Hanaway

                                        Catherine Hanaway, #41208MO
                                        Kate Ledden, #66036MO
                                        Tanner Cook, #71846MO
                                        HUSCH BLACKWELL LLP
                                        8001 Forsyth Boulevard
                                        Suite 1500
                                        St. Louis, MO 63105
                                        (314) 480-1903
                                        catherine.hanaway@huschblackwell.com
                                        kate.ledden@huschblackwell.com
                                        tanner.cook@huschblackwell.com

                                        Martin J. Bishop (*pro hac vice forthcoming*)
                                        Steven D. Hamilton (*pro hac vice granted*)
                                        REED SMITH LLP
                                        10 South Wacker Drive
                                        40th Floor
                                        Chicago, IL 60606
                                        (312) 207-1000
                                        mbishop@reedsmith.com
                                        shamilton@reedsmith.com

                                        Lesley C. Reynolds (*pro hac vice granted*)
                                        Lara E. Parkin (*pro hac vice forthcoming*)
                                        David A. Bender (*pro hac vice forthcoming*)
                                        REED SMITH LLP
                                        1301 K Street, N.W.
                                        Suite 1000 – East Tower
                                        Washington, D.C. 20005
                                        (202) 414-9200
                                        lreynolds@reedsmith.com
                                        lparkin@reedsmith.com
                                        dbender@reedsmith.com

                                        *Counsel for Plaintiffs*


                                        By: /s/ Regan Hildebrand

                                        Sayler Fleming
                                        United States Attorney

Regan Hildebrand
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-7703
Regan.Hildebrand@usdoj.gov
Bar No. 6326374 (IL)
Bar No. 57438 (MO)

*Attorneys for Defendants*